UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
**Mar 12 - 2025**
John M. Domurad, Clerk

David Kirby III )
Plaintiff(s) )
) Civil Case No.: 5:25-cv-00324 (AMN/PJE)
vs. )
) **CIVIL**
) **RIGHTS**
G. Spicer, ) **COMPLAINT**
P. Hennessy Defendant(s) ) **PURSUANT TO**
) **42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by: ☑ JURY  ◯ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2. Plaintiff: David L. Kirby III
   Address: 555 South State Street
   Syracuse, New York 13202

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Graham Spicer
   Official Position: Lawyer
   Address: _____

b.  Defendant: Patrick Hennessy
    Official Position: Lawyer
    Address: 120 East Washington Street #1001
    Syracuse, New York

c.  Defendant: N/A
    Official Position: N/A
    Address: N/A

Additional Defendants may be added on a separate sheet of paper.

4.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Both lawyers deprive me of my rights. I sent off motions on my court cases they both went against my motions and denied them. They both are working against me and not for my freedom. They both violated my 5th and 6th U.S. constitutional amendments. Patrick Hennessy denied them on March 4th, 2025 in Judge Limpert Court at 9am. Graham Spicer denied my motions March 4th, 2025 in Judge Limpert Court at 9am.

5.                          **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Sent off motions.

### SECOND CAUSE OF ACTION

Deprive me of my rights.

### THIRD CAUSE OF ACTION

Ineffective Assistance of counsel.

6.   **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

The relief I am seeking is monetary damages $100,000 dollars.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 03/07/2025

*David J. Kirby III*

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

David Lefevoy III
555 S. State St.
Syr. N.Y. 13202



SYRACUSE NY 130

10 MAR 2025 PM 3  L



U.S. DISTRICT COURT
JOHN M. DOMURAD
MAR 12 2025
RECEIVED

Clerk, U.S. District Court
100 S. Clinton St.
P.O. Box 7367
Syr. N.Y. 13261-7367

13261-736767

LEGAL MAIL